UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES R. SCOTT, | ) | CV-03-00978-ODW |
| Petitioner, | ) | **DEATH PENALTY CASE** |
| v. | ) | ORDER GRANTING STIPULATION RE PROTECTIVE ORDER |
| ROBERT K. WONG, Warden, California State Prison at San Quentin, et al., | ) | |
| Respondent. | ) | |

1  The Stipulation of the Parties Regarding a Protective Order for District Attorney
2  Files, filed with the Court on June 5, 2009, is hereby granted

4  IT IS SO ORDERED.

7  DATED: June 12, 2009

_____
HONORABLE OTIS D. WRIGHT, II
United States District Judge

Presented by,

_____/s/_____
CRAIG A. HARBAUGH,
Counsel for James R. Scott,
Petitioner