**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES R. SCOTT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON BROOMFIELD,[1] Warden, California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No. CV 03-00978 ODW<br><br>**DEATH PENALTY CASE**<br><br>**JUDGMENT (Fed. R. Civ. P. 54(b)** |

　　　Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds there is no just reason for delaying the entry of final judgment with respect to the claims adjudicated in the Court's Order Granting Relief on Petitioner's Claim of Cumulative Ineffective Assistance of Counsel ("Order"). Accordingly, pursuant to the Court's Order, IT IS ADJUDGED THAT:

　　　1. Petitioner's Amended Petition for Writ of Habeas Corpus ("Petition") (Dkt. No. 151) is GRANTED with respect to Claim 16(G). The judgment of conviction in the matter of *People v. Scott,* Case No. A747321 of the California Superior Court of Los

---

[1] Ron Broomfield is substituted for his predecessors as Acting Warden of San Quentin State Prison pursuant to Federal Rule of Civil Procedure 25(d).

Angeles County, is hereby VACATED.  The State of California shall, no later than 120 days after the entry of this Judgment, either release Petitioner or grant him a new trial.

    2.  The Petition is DENIED with respect to Claim 14(I).

    3.  Respondent shall forthwith notify the Warden of San Quentin Prison of this Court's Judgment.

Date:  December 7, 2021

                              OTIS D. WRIGHT, II
                              United States District Judge